E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARCO ANTONIO LOPEZ,

    Plaintiff,

vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

    Defendant.

CASE NO. _____

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Marco Antonio Lopez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ☐  No ☑

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  None. _____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.    Business, Profession or                    Yes ☐  No ☑
10              self employment
11     b.    Income from stocks, bonds,                 Yes ☐  No ☑
12              or royalties?
13     c.    Rent payments?                             Yes ☐  No ☑
14     d.    Pensions, annuities, or                    Yes ☐  No ☑
15              life insurance payments?
16     e.    Federal or State welfare payments,         Yes ☐  No ☑
17              Social Security or other govern-
18              ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                              Yes ☐  No ☑
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

-2-

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

None. _____

_____

5.    Do you own or are you buying a home?    Yes ☐ No ☑

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?    Yes ☐ No ☑

Make _____ Year _____ Model _____

Is it financed? Yes ☐ No ☐ If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account?  Yes ☐ No ☑ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ☐ No ☑ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ☐ No ☑

_____

8.    What are your monthly expenses?

Rent: $ 0 _____ Utilities: 0 _____

Food: $ 0 _____ Clothing: 0 _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
| None. | $ | $ |
|  | $ | $ |
|  | $ | $ |

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  No.
4
5
6  10.  Does the complaint which you are seeking to file raise claims that have been presented
7  in other lawsuits?   Yes ☒  No ☐
8  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
9  which they were filed.
10  People v. Lopez, A111797, California Court of Appeal, First Appellate District
11  Division Four, review denied, 2/7/07
12     I consent to prison officials withdrawing from my trust account and paying to the court
13  the initial partial filing fee and all installment payments required by the court.
14     I declare under the penalty of perjury that the foregoing is true and correct and
15  understand that a false statement herein may result in the dismissal of my claims.
16
17  3/2/08                                  _____
        DATE                                SIGNATURE OF APPLICANT
18
19
20                                          Case Number: A111797
21
...
28

-4-

|   |   |
|---|---|
| 1 | **CERTIFICATE OF FUNDS** |
| 2 | **IN** |
| 3 | **PRISONER'S ACCOUNT** |

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Marco A Lopez V41777__ for the last six months
<sub>prisoner's name</sub>
at __Kern Valley State Prison__
<sub>name of institution</sub>
where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 0.00  and the average balance in the prisoner's account each month for the most recent 6-month period was $ 0.00 .

Dated: __3/13/08__                    _____
                                     [Authorized officer of the institution]

- 5 -