1  John Ward
2  584 Castro Street, #802
   San Francisco, California 94114
   (415) 255-4996
3  State Bar No. 102449
4  Appearing Specially for Petitioner
   MARCO ANTONIO LOPEZ
5
6           IN THE UNITED STATES DISTRICT COURT
7              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9  MARCO ANTONIO LOPEZ,                  No.
10              Petitioner,
11        v.                              PETITIONER'S MOTION FOR
                                          APPOINTMENT OF COUNSEL ON
12 CALIFORNIA DEPARTMENT OF               PETITION FOR WRIT OF HABEAS
   CORRECTIONS,                           CORPUS.
13
               Respondent.
14
15
16 TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
   DISTRICT OF CALIFORNIA:
17     Petitioner MARCO ANTONIO LOPEZ hereby moves the Court for an order
18 Nunc Pro Tunc to the date of February 15, 2008, appointing John Ward, Attorney at
19 Law, to represent him this proceeding pursuant to the provisions of 18 U.S.C. section
20 3006A, subdivision (a)(2)(B).
21     Petitioner, who is an indigent prisoner and who has been incarcerated since his
22 arrest in connection with this offense, at the age of fifteen, requires the assistance of
23 an attorney to analyze and present the legal issues raised by the petition, which are
24 complex. Counsel was appointed to represent petitioner on direct appeal and is fully
25 familiar with the case. Counsel has previously been appointed in habeas matters in
26 this Court and is on the habeas panel in the Eastern District of California. Counsel
27 believes that his appointment will assist the Court in deciding this matter.
28

PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL        Page 1

Respectfully Submitted,

JOHN WARD
Appearing Specially for Petitioner
MARCO ANTONIO LOPEZ

PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL          Page 2